```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 23674
   RODNEY S MCGILL
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8269

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/15/2005 and was confirmed 07/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/24/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
-------------------------------------------------------------------------------
CF INDUSTRIES EMPLOYEES   SECURED            8851.78          488.81       8851.78
GE CONSUMER FINANCE       SECURED             250.00             .00        250.00
GE CONSUMER FINANCE       UNSECURED         NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED           297.84             .00          48.11
CAPITAL ONE BANK          UNSECURED           402.18             .00          64.96
CAPITAL ONE BANK          UNSECURED           940.09             .00         151.85
CAPITAL ONE BANK          UNSECURED           672.96             .00         108.70
ECAST SETTLEMENT CORP     UNSECURED          1321.57             .00         213.47
HARVARD COLLECTION SERVI  UNSECURED         NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED           883.16             .00         142.65
NOREEN BUSHOUSE           UNSECURED         NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED           834.64             .00         134.81
RESURGENT ACQUISITION LL  UNSECURED           733.18             .00         118.43
STATE FARM INSURANCE      NOTICE ONLY       NOT FILED            .00            .00
TRI STATE ADJUSTMENTS     UNSECURED         NOT FILED            .00            .00
ARROW FINANCIAL SERVICES  UNSECURED            139.38            .00          22.52
RESURGENT ACQUISITION LL  UNSECURED           1013.90            .00         163.77
LEGAL HELPERS PC          DEBTOR ATTY       2,100.00                       2,100.00
TOM VAUGHN                TRUSTEE                                            670.14
DEBTOR REFUND             REFUND                                                .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE           13,530.00

PRIORITY                                       .00
SECURED                                   9,101.78
    INTEREST                                488.81
UNSECURED                                 1,169.27
ADMINISTRATIVE                            2,100.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 23674 RODNEY S MCGILL
```

```
TRUSTEE COMPENSATION                                      670.14
DEBTOR REFUND                                                .00
                                      ----------------  ----------------
TOTALS                                       13,530.00         13,530.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 01/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```